**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**EASTERN DIVISION**

| | |
|---|---|
| CHERI DIGREGORIO, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF TODD DIGREGORIO, DECEASED, | ) Case No. 2:23-cv-02167-MPK )  ) MAGISTRATE JUDGE MAUREEN P. ) KELLY ) |
| Plaintiff, | ) |
| v. | ) **DEFENDANT TRIVIUM** ) **PACKAGING COMPANY'S** |
| TRIVIUM PACKAGING COMPANY, *et al.,* | ) **DISCLOSURE STATEMENT** ) |
| Defendants. | ) |

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for, in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

Ardagh Group (ARD) owns 43% of Trivium and is publicly traded on the New York Stock Exchange.

Date: April 1, 2024

Respectfully submitted,

s/ Richard E. Hepp
W. Eric Baisden (OH0055763)
Richard E. Hepp (OH0090448) *Pro Hac Vice*
**BENESCH, FRIEDLANDER, COPLAN**
**& ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile:  216.363.4588
Email: rhepp@beneschlaw.com
        ebaisden@beneschlaw.com

*Attorneys for Defendant Trivium Packaging Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing was electronically filed on April 1, 2024, with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Richard E. Hepp*
Richard E. Hepp
*One of the Attorneys for*
*Defendant Trivium Packaging Company*
