IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
EASTERN DIVISION

| | |
|---|---|
| CHERI DIGREGORIO, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF TODD DIGREGORIO, DECEASED, | ) Case No. 2:23-cv-02167-MPK ) ) MAGISTRATE JUDGE MAUREEN P. ) KELLY ) |
| Plaintiff, | ) ) |
| v. | ) **NOTICE OF APPEARANCE** ) **OF W. ERIC BAISDEN** |
| TRIVIUM PACKAGING COMPANY, *et al.*, | ) ) |
| Defendants. | ) |

W. Eric Baisden of Benesch, Friedlander, Coplan & Aronoff LLP, at 127 Public Square, Suite 4900, Cleveland, Ohio 44114-2378, with email addresses of ebaisden@beneschlaw.com, hereby enters his appearance as counsel for Defendant Trivium Packaging Company in the above-referenced case.  All pleadings, orders and correspondence regarding this matter should be directed to his attention as well as Defendant's other counsel.

Date: April 1, 2024

Respectfully submitted,

*s/ W. Eric Baisden*
W. Eric Baisden (OH0055763)
Richard E. Hepp (OH0090448) *Pro Hac Vice*
**BENESCH, FRIEDLANDER, COPLAN
     & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile:  216.363.4588
Email: rhepp@beneschlaw.com
           ebaisden@beneschlaw.com

*Attorneys for Defendant Trivium Packaging Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on April 1, 2024, with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ W. Eric Baisden*
W. Eric Baisden
*One of the Attorneys for*
*Defendant Trivium Packaging Company*
