IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERI DIGREGORIO<br>*Individually and as administratrix of the estate*<br>*of Todd Digregorio, Deceased,* | )<br>)<br>)  Civil Action No. 23-2167<br>) |
| Plaintiff, | )  Judge Arthur J. Schwab<br>)  Magistrate Judge Maureen P. Kelly |
| v. | )<br>) |
| TRIVIUM PACKAGING COMPANY<br>*Individually and as successor in interest to*<br>*Exal Corporation*; UNUM LIFE INSURANCE<br>COMPANY OF AMERICA, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

Pursuant to Local Rule 16.1 and Rules 16 and 26 of the Federal Rules of Civil Procedure, an initial case management conference will be conducted in this case to discuss: the claims and defenses, narrowing of the issues, expected discovery and related discovery procedures, the early disposition of controlling questions of law, the probable extent of provable damages, the possibility of settlement, and any other matter that will contribute to the prompt disposition of the case.

**I.      Federal Rule of Civil Procedure 26(f) – Meet and Confer Requirement**

As required by Rule 26(f) of the Federal Rules of Civil Procedure, the parties must, as soon as practicable, and in any event no later than **April 22 2025**, confer to "consider the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving the case; make or arrange for the disclosures required by Rule 26(a)(1); discuss any issues about preserving discoverable information; and develop a proposed discovery plan." Fed. R. Civ. P. 26(f).

1

## II. Local Rule 16.2 – Alternative Dispute Resolution

The parties must also file a joint proposed initial scheduling order and a Stipulation Selecting ADR Process, which can be found in the forms section on the Court's website at www.pawd.uscourts.gov.

The parties are hereby notified that any identified neutral (court approved or private) is required to become a registered user of the electronic case filing system in the United States District Court for the Western District of Pennsylvania. Counsel shall so notify their agreed upon neutral and refer then to the Court's website, noted above, for user registration forms. Counsel shall confirm to the Court at the initial case management conference that the selected neutral has completed this process.

Therefore, **IT IS HEREBY ORDERED** that the initial case management conference will be held on **April 30, 2025 at 11:00 AM via Telephone.** Trial counsel shall attend.

**IT IS FURTHER ORDERED** that on or **April 25, 2025**, the parties shall file a Rule 26(f) Report and either the Stipulation Selecting ADR Process or the Expedited Docket Stipulation.

SO ORDERED this 31st day of March 2025.

BY THE COURT:

/s/ Maureen P. Kelly
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE