# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cheri DiGregorio, Individually and as Administratrix of the Estate of Todd DiGregorio, Deceased, <br><br> Plaintiff(s) <br> v. <br><br> Trivium Packaging Company, Individually and as successor in interest to Exal Corporation, and Unum Life Insurance Company of America, <br> Defendant(s) | ) ) ) ) ) ) ) ) Civil Action No.  2:23-cv-02167 ) ) ) ) ) ) ) |

## NOTICE OF ADR SESSION

The  mediation  session is scheduled in the above captioned matter for (date) July 24, 20 25 at 9 a.m. The session will be held at Babst, Calland, Clements and Zomnir, P.C.

Attendance of the parties and principals will be in accordance with the Court's Alternative Dispute Resolution Policies and Procedures.

Date: May 21, 2025         Signature of Neutral: /s/ Mark D. Shepard

200609